June 16, 2006

Mr. William P. Maines
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Mr. John D. White
Jones Walker Waechter Poitevent Carrere & Denegre
10001 Woodloch Forest Drive, Suite 350
The Woodlands, TX 77380

RE: Case Number: 04-0662
 Court of Appeals Number: 14-02-00709-CV
 Trial Court Number: 1999-03508

Style: SEAGULL ENERGY E&P, INC.
 v.
 ELAND ENERGY, INC.

Dear Counsel:

 Today the Supreme Court of Texas (Justice O'Neill and Justice Brister
not sitting) delivered the enclosed opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |